**Order entered April 18, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00181-CR

### JOSE ISMAEL ARREOLA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-00581-N**

## ORDER

The Court **GRANTS** appellant's April 16, 2014 motion for extension of time to file appellant's brief.

We **ORDER** the Clerk of the Court to file the brief tendered as of the date of this order.

/s/  LANA MYERS
    JUSTICE